# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>Moises Bojorquez<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)          1:23-mj-979-KMB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 19, 2023__ in the county of __Wayne__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a), 2252(a)(2) | the sexual exploitation of children; receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Bethany Owens
*Complainant's signature*

Bethany Owens, SA/HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: December 19, 2023

City and state: Indianapolis, Indiana

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bethany Owens, being duly sworn, hereby depose and state as follows:

1. **Affiant**: I have been employed as a Special Agent with the Department of Homeland Security ("DHS") Homeland Security Investigations ("HSI"), since September 2019, and am currently assigned to the Indianapolis field office.

2. **Experience and Training:** While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Centers and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have assisted in conducting criminal investigations relating to subjects who use the Internet and two-way communication devices, such as cellular telephones, to commit crimes in violation of 18 U.S.C. §§ 2252A. I have also participated in the execution of numerous search warrants, many of which involved child exploitation and/or child pornography offenses.

3. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the

investigators concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **Moises BOJORQUEZ** committed a criminal offense.

4. **Probable Cause:** For the reasons listed below, there is probable cause to believe that between on or about May, 2023, to on or about October, 2023, **Moises BOJORQUEZ**, DOB xx-xx-1996 (known to Affiant, but redacted) has committed the following offense in the Southern District of Indiana and elsewhere: **Count One – Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child and Count Two – Receipt / Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct.**

    A. **18 U.S.C. § 2251(a) and (e):** Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed,

shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. It is also a crime to attempt to commit this crime.

  B. **18 U.S.C. § 2252(a)(2) and (b)(1)** prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

5. **Definitions**: The following definitions apply to this Affidavit:

  A. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

  B. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the

same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

C. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## FACTS SUPPORTING PROBABLE CAUSE

6. **Investigation of BOJORQUEZ:** Based on my training and experience, and the facts as set forth below in this Affidavit, there is probable cause to believe that Moises BOJORQUEZ DOB xx-xx-1996 (known to Affiant, but redacted), has committed the following offenses in the Southern District of Indiana and elsewhere.

7. On or about December 19, 2023, this affiant learned of an investigation out of Cleveland, Ohio where a search warrant was conducted on a subject's cellular telephone by the Ohio Internet Crimes Against Children ("Ohio ICAC") task force. Following computer forensic programs being run on the Ohio subject's cell phone, ICAC investigators observed chats from the Telegram application from approximately May to October 2023, that contained suspected newly produced child pornography for reasons described below.

8. Telegram is a free, cross-platform, encrypted, cloud-based instant messaging service. Users can share an unlimited number of images and other files with

other users.

9. These chats took place between the Ohio subject and Telegram user "M" with telephone number xxx-xxx-7355 (redacted but known to affiant), who appears to be a male. In the chats, the user "M" sends suspected child pornography and gives his telephone number as xxx-xxx-7421 (redacted but known to affiant). Some of this suspected child pornography contains a male child who is approximately 1-3 years old and which the subjects refer to as "M's" male relative.

10. ICAC investigators ran a public records query to check who was the user of phone number xxx-xxx-7421. Public records queries revealed that the user was listed as Moises BOJORQUEZ with an address in Richmond, IN.

11. ICAC investigators searched social media and found a profile with a name of Moises BOJORQUEZ and pictures which appear to depict the same male adult and same male child seen in the child pornography images.

12. On or about December 19, 2023, this affiant reviewed the Telegram chats between the Ohio subject and user "M." In the chats, on or about May 21, 2023, user "M" stated he lives in Richmond, Indiana.

13. In the chat, on or about June 5, 2023, at 6:05:43 PM (UTC+0), user "M" sent a picture file with file name: "-518399258494505232_121.jpg." This affiant has viewed this file, and it can be described as an image of a child's face, with the child appearing to be 1-3 years old, with the child's mouth open next to what appears to be an adult penis. Also visible is part of a wrist and leg of what appear to be an adult male. On the wrist of the adult male is a gold chain bracelet. Through my training

and experience, this affiant believes these images and video constitute child pornography as defined in 18 U.S.C. § 2556(8).

14. Following this image file, user "M" sent multiple messages which read:

- "If my cock out he will try and suck it a little he comes up and puts his mouth on and runs,"
- "My little faggot is leaning how to make daddy happy" (typo original),
- "Can't wait till he's sucking my cock (emoji with tongue sticking out),"
- "I'm moving can wait to rape my little boy in my new place" (Affiant Note: I believe "can wait" is a typo of "can't wait").

15. Following this message, on or about June 5, 2023, at 6:11:56 PM (UTC+0), user "M" sent a video file with file name: "1_5183992528038266063.mp4," which is approximately 47 seconds in length. This affiant has viewed this file and it can be described as a video of a what appears to be a male child approximately 1-3 years old, with short, light brown hair, wearing a tie-dye shirt, diaper, and no pants, crawling on a floor. The child's face is fully visible. An adult male is visible, and it appears his pants and underwear are down around his ankles and the video starts with him in a sitting position. The adult male has an erect penis, and his face is visible starting at approximately 8 and 27 seconds. Beginning at approximately 40 seconds, the adult male appears to stand, pulls the child near to his genitals, and makes the child orally copulate the adult's penis. Through my training and experience, this affiant believes these images and video constitute child pornography as defined in 18 U.S.C. § 2556(8).

16. This affiant has viewed open source images and a BMV image of Moises BOJORQUEZ. These images of BOJORQUEZ appear to match the images of the adult male in the "1_5183992528038266063.mp4" file.

17. Additionally, the child in both "-518399258494505232_121.jpg." and "1_5183992528038266063.mp4" appear to match images of a male child on social media accounts of Moises BOJORQUEZ who appears to be BOJORQUEZ's male relative.

18. The visual depictions were transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or were produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

19. There is probable cause to believe that these events occurred in the Southern District of Indiana.

20. **Conclusion:** Based upon the contents of this Affidavit, there is probable cause to believe that BOJORQUEZ has committed the above-listed offenses.

21. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for BOJORQUEZ charging him with the offenses listed above.

/s/ *Bethany Owens*
Bethany Owens
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 19, 2023



Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

8